

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 17  P 1: 23

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

* * * * * * * *

### UNOPPOSED MOTION TO EXTEND PRE-TRIAL CUT-OFF DATES

NOW INTO COURT COME the Plaintiffs, through undersigned counsel, who respectfully represent:

1.

The Defendant vessel, the M/V BALMORAL SEA, was involved in a fire, unrelated to this lawsuit, and as a result of same, lies at the bottom of the Industrial Canal.

2.

Due to the sinking of the vessel, the parties in this matter have been unable to meet the pre-trial dates set by this Honorable Court in the Settlement Conference Notice.

DATE OF ENTRY
JUL 2 0 2000

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc.No. 13

**3.**

Movers therefore request the Court to extend the previous deadlines to the following:

| | |
|---|---|
| 08/15/00 | Plaintiffs' experts' reports must be delivered to counsel |
| 09/05/00 | Defendant's experts' reports to be delivered to plaintiff |
| 09/05/00 | Deadline to file pre-trial motions |
| 09/05/00 | Last day to take depositions/Discovery Cutoff |
| 09/05/00 | Witness and Exhibit List due |

**4.**

Mover shows that the extension of the above deadlines will not affect the dates previously set for the settlement conference (09/25/00); pre-trial conference (10/05/00) and trial date (10/23/00).

**5.**

Counsel for the Defendant has no objection to an extension as noted above.

Respectfully submitted,

_____
MICHAEL H. ELLIS
Bar Roll No. 5334

CHEHARDY, SHERMAN, ELLIS, BRESLIN & MURRAY
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
(504)833-5600

ROBERT K. LANSDEN
Bar Roll No. 25441
145 West Pine Street

Suite 3
Post Office Box 473
Ponchatoula, LA 70454
(504)370-9006

**Attorneys for WILLIAM ATZENHOFFER and LINDA PATTERSON ATZENHOFFER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

* * * * * * * *

## ORDER EXTENDING PRE-TRIAL CUT-OFF DATES

CONSIDERING THE FOREGOING,

IT IS ORDERED that the previously scheduled dates be re-scheduled as follows:

08/15/00    Plaintiffs' experts' reports must be delivered to counsel

09/05/00    Defendant's experts' reports to be delivered to plaintiff

09/05/00    Deadline to file pre-trial motions

*[handwritten: 9/11/00 11a.m. Deadline to file response to pre-trial motions. Motions shall be heard on 9/13/00 on briefs.]*

09/05/00    Last day to take depositions/Discovery Cutoff

09/05/00    Witness and Exhibit List due

New Orleans, Louisiana, this __18th__ day of __July__, 2000.

_____
JUDGE

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon counsel for Cal Dive International, Inc. by depositing same in the United States Mail, postage prepaid and properly addressed, this 17th day of July, 2000.

_____
MICHAEL H. ELLIS