

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA



2000 SEP 11 PM 12: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION "B" (4) |
| VERSUS | | |
| | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

## MOTION FOR LEAVE TO SUPPLEMENT
## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Cal Dive International, Inc., who respectfully prays for leave to file a supplemental memorandum in support of its Motion for Summary Judgment in the above captioned matter. Defendant submits that it yesterday received deposition transcripts of fact witnesses that further support its motion and ask that it be granted leave to set forth the specific testimony in that regard.


DATE OF ENTRY
SEP 1 3 2000

1

\_\_Proce\_\_
X\_Dktd\_\_
\_\_CtRmf\_\_
Doc.No.\_24\_

Accordingly, and for the above stated reasons, defendant, Cal Dive International, Inc., prays that it be granted leave to supplement its supporting memorandum of law in connection with the filing of a Motion for Summary Judgment currently set for hearing on September 27, 2000.

Respectfully submitted,

_____
T. PATRICK BAYNHAM, T.A. (#16805)
STEVEN K. BEST (#1013)
ANTHONY REGINELLI (# 17767)
Baynham, Best & Reginelli, L.L.C.
One Galleria Boulevard, Suite 1510
Metairie, Louisiana 70001
Telephone: (504) 837-3878
Attorneys for Defendants,
M/V BALMORAL SEA and
Cal Dive International, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this ____ day of September, 2000, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, or by hand delivery.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION "B" (4) |
| VERSUS | | |
| | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and | * | MAGISTRATE ROBY |
| XYZ OPERATING COMPANY | * | JURY TRIAL REQUESTED |

## ORDER

Considering the above and foregoing motion;

**IT IS HEREBY ORDERED** that defendant, Cal Dive International, Inc., be granted leave to supplement its supporting memorandum of law in connection with the filing of a Motion for Summary Judgment.

New Orleans, Louisiana, this 12th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

3