FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 12 PM 3:30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

* * * * * * * *

### MOTION FOR EXPEDITED HEARING OF MOTION TO QUASH 30(b)(6) DEPOSITION OF BAILEY REFRIGERATION

NOW INTO COURT, through undersigned counsel, comes Petitioner, WILLIAM ATZENHOFFER, who shows that the Defendant has noticed a 30(b)(6) Deposition of Bailey Refrigeration for September 15, 2000, even though the discovery deadline expired on September 5, 2000.

Plaintiff has filed simultaneously herewith a Motion to Quash, which he prays will be heard on an expedited basis.

DATE OF ENTRY
SEP 13 2000

Respectfully submitted,

_____
MICHAEL H. ELLIS

Fee_____
Process___
X Dktd___
CtRmDep___
Doc.No___

Bar Roll No. 5334

**CHEHARDY, SHERMAN, ELLIS, BRESLIN & MURRAY**
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
(504)833-5600

**ROBERT K. LANSDEN**
Bar Roll No. 25441
145 West Pine Street
Suite 3
Post Office Box 473
Ponchatoula, LA 70454

**Attorneys for WILLIAM ATZENHOFFER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * CIVIL ACTION NO. 00-0150 |
| | * SECTION 'B'(4) |
| VERSUS | * JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * MAGISTRATE ROBY |
| | * JURY TRIAL REQUESTED |

* * * * * * * *

## ORDER

Considering the foregoing Motion, let Plaintiff's Motion to Quash 30(b)(6) Deposition of Bailey Refrigeration be heard on an expedited basis, on the _13th_ day of September, 2000, at _2:00_, _P._ M.

New Orleans, Louisiana, this _13th_ day of September, 2000.

_____
MAGISTRATE KAREN WELLS ROBY

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion & Order has been served upon counsel for Cal Dive International, Inc., by hand delivery, this 12th day of September, 2000.

_____
MICHAEL H. ELLIS