```
              FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2000 SEP 13  PM 4: 24

          LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**September 13, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER, ET AL. | CIVIL ACTION |
| VERSUS | NO:    00-0150 |
| BALMORAL SEA MV, ET AL. | SECTION: "B" (4) |

A **DISCOVERY CONFERENCE by telephone** was held on this date. Participating were: Michael Ellis, representing the plaintiffs, and Anthony Reginelli, Jr. representing the defendant, Cal Dive International Inc. ("defendant").

On September 12, 2000, the plaintiff filed a **Motion to Quash 30(b)(6) Deposition of Bailey Refrigeration**. The plaintiff contends that the defendant has unilaterally noticed the 30(b)(6) deposition of Baily Refrigeration for September 15, 2000, despite the Court's discovery deadline of September 5, 2000. Thus, the plaintiff seeks an order from the Court, quashing the notice of deposition, as well as an award of attorney's fees incurred in filing the instant motion.

The record indicates that the Court's deadline for conducting discovery in this matter expired on September 5, 2000. *See* Rec. doc. #13. The record further indicates that the defendant previously conducted a 30(b)(6) deposition of Baily Refrigerator on August 31, 2000.

```
DATE OF ENTRY
 SEP 1 3 2000
```



*See* Rec. doc. #14. Thus, after reviewing the pleadings and listening to the arguments of counsel, the Court quashed the 30(b)(6) notice of deposition, as untimely and duplicative. The Court further denied the plaintiff's request for an award of attorney's fees incurred in filing the instant motion.

Accordingly,

**IT IS THEREFORE ORDERED** that the plaintiff's **September 12, 2000 Motion to Quash 30(b)(6) Deposition of Bailey Refrigeration** is hereby **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the plaintiff's request for an order, quashing the 30(b)(6) notice of deposition of Bailey Refrigeration for September 15, 2000 is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's request for an award of reasonable attorney's fees incurred in filing the instant motion is hereby **DENIED**.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE