```
                              FILED
                        U.S. DISTRICT COURT
                      EASTERN DISTRICT OF LA

                      2000 SEP 22  PM 2: 49

                        LORETTA G. WHYTE
                             CLERK
```

MINUTE ENTRY
LEMELLE, J.
SEPTEMBER 22, 2000

UNITED STATES DISTRICT COURT          00-150 B
EASTERN DISTRICT OF LOUISIANA


There **WILL NOT** be oral argument on **SEPTEMBER 27, 2000** at 9:00 A.M. in the following cases:

| | |
|---|---|
| 98-0699 | **Copeland v. Wasserstein Perella**<br>- Copeland's motion for a new trial (133) |
| 98-1707 | **Stoulig v. Hammond Airport Authority**<br>- Stoulig's motion for attorney's fees and costs (62) |
| 98-2219 | **Braly, et al v. Trail**<br>- McGruder, et al.'s motion to reurge & amend dispositive motion for summary judgment (43) |
| 98-2798 | **Bryant v. Excaliber Support**<br>- Bryant's motion for attorney's fees and costs (115) |
| 99-2214 | **Payne v. Harvey**<br>- Lee, et al., for summary judgment (9) |
| 99-2994 | **Provost, et al v. Sunbelt Tractor**<br>- Hartford Fire Ins. Co. for summary judgment dismissing the claims asserted against it by 3rd party plaintiff Sunbelt Tractor (47) |
| 99-3526 | **Hill v. Hudson Salvage, Inc.**<br>- Hill for new trial/reconsideration (17) |
| 99-3678 | **Richard v. BIC Corporation**<br>- Bic for summary judgment (18) |

```
┌─────────────────┐
│  DATE OF ENTRY  │
│                 │
│   SEP 2 2 2000  │
└─────────────────┘
```



 00-0150   **Atzenhoffer, et al v. Balmoral Sea MV**
- (a) Cal Dive to continue trial (20)
  (b) Cal Dive for summary judgment (22)

00-1342    **Greenback Ent., Inc., et al v. Murphy Oil USA, Inc.**
- Restructure Partners, et al. to transfer to MD/Florida (7)

                                                Ivan L. R. Lemelle
                                       United States District Judge