FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 25  PM 4: 22

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
September 25, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0150 |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, ET AL. | SECTION "B" (4) |

Before the Court is Defendant Cal Dive International, Inc.'s Motion to Continue Trial (Rec. Doc. No. 20). Defendant Cal Dive International, Inc. seeks a continuance because the information it needs to investigate the case became inaccessible when the M/V BALMORAL caught fire and sank in the Intracoastal Waterway while docked in New Orleans. Further, the parties have had difficulty locating and deposing crew members and the vessel owner because many are in other countries and the incident occurred three years ago. The Court is unmoved by the defendant's request because this October 23rd trial date, which has been set since April 5, 2000, should have prompted an earlier investigation into the claims underlying this action. Further, the parties still have a month to prepare for trial. Accordingly,

DATE OF ENTRY
SEP 2 6 2000

___Fee_____
___Process___ ℘
_X_ Dktd_____
___CtRmDep__
    Doc.No.___ 32

**IT IS ORDERED** that Defendant Cal Dive International, Inc.'s Motion to Continue Trial (Rec. Doc. No. 20) hereby is **DENIED**.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE