

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 26 PM 4:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

* * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, come Petitioners, WILLIAM ATZENHOFFER and his wife LINDA PATTERSON ATZENHOFFER, who respectfully request a continuance of the trial of the above-captioned matter which is presently scheduled to commence on Monday, October 23, 2000, for the following reasons, to-wit:

Counsel, while recently participating in depositions scheduled in the above-captioned case, was made aware of the fact that crew lists on the vessel did exist for the pertinent time period relating to Mr. Atzenhoffer's accident. Said lists had not been previously provided to Plaintiffs' counsel.

DATE OF ENTRY
SEP 2 8 2000

Fee_____
Process___
X Dktd_____
CtRmDep___
Doc. No. 33

Although counsel had previously objected to a continuance of the trial which had been requested by defense counsel, following a court ordered settlement conference on Monday, September 25, 2000, defense counsel agreed to produce additional discovery requests that have not been answered to date. This evidence, if provided, will supplement Plaintiffs' evidence showing Defendants' liability in this matter. These discovery requests dated August 31, 2000, are attached to this Motion and identified as Exhibit "A." Therefore, counsel for the plaintiffs respectfully request a continuance of the trial of this matter which is scheduled for October 23, 2000.

Respectfully submitted,

_____
ROBERT K. LANSDEN
Bar Roll No. 25441

MICHAEL H. ELLIS
Bar Roll No. 5334

CHEHARDY, SHERMAN, ELLIS, BRESLIN & MURRAY
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
(504)833-5600

Attorneys for WILLIAM ATZENHOFFER and
LINDA PATTERSON ATZENHOFFER

*Client, William Atzenhoffer was informed and agreed to requesting a continuance before Magistrate Roby on 25 September 2000.*

*Robert Lansden*
*Bar Roll # 25441*

2

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion and Incorporated Memorandum to Continue Trial has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 26th day of September, 2000.

New Orleans, Louisiana, this 26 day of September, 2000.

_____
ROBERT K. LANSDEN, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER<br>and his wife, LINDA PATTERSON<br>ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her<br>engines, tackle, furnishings and appurtenances,<br>CAL DIVE INTERNATIONAL, INC., and<br>XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Continue Trial,

IT IS ORDERED that the trial of this matter which was previously set for October 23, 2000, is hereby continued and scheduled to commence on the _____ day of _____, 2000, at _____ o'clock ___.M.

New Orleans, Louisiana, this _____ day of _____, 2000.

*Denied. Good cause not shown to warrant trial. Movant should pursue discovery diligently along with other viable alternatives.*

_____
THE HONORABLE IVAN L. R. LEMELLE
JUDGE, SECTION B
UNITED STATES DISTRICT JUDGE

*Ivan Lemelle Sept. 27, 2000*