**MINUTE ENTRY
ROBY, M.J.
September 25, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM ATZENHOFFER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0150** |
| **BALMORAL SEA MV, ET AL** | **SECTION: "B" (4)** |

A Settlement Conference was held on this date. Participating were: Michael Hudson Ellis, Robert Lansden, and William Atzenhoffer representing the plaintiffs and Thomas Patrick Baynham representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing by telephone.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 28 2000