```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2000 OCT -6  AM 10:28

                                LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER | CIVIL ACTION |
| VERSUS | NO. 00-0150 |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, ET AL. | SEC. "B"(4) |

### ORDER AND REASONS

Before the Court is Defendant Cal Dive International, Inc.'s Motion for Summary Judgment (Rec. Doc. No. 22). Having considered the pleadings, exhibits, and the law, the Court finds that genuine issues of material fact preclude dismissal of this case. Accordingly,

**IT IS ORDERED** that Defendant Cal Dive International, Inc.'s Motion for Summary Judgment (Rec. Doc. No. 22) hereby is DENIED.

New Orleans, Louisiana, this _____ day of October, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 0 6 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep
Doc.No. 36