

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * | CIVIL ACTION NO. 00-0150 |
| | * | SECTION 'B'(4) |
| VERSUS | * | JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * | MAGISTRATE ROBY |
| | * | JURY TRIAL REQUESTED |

* * * * * * * *

## MOTION FOR EXPEDITED HEARING OF EMERGENCY MOTION TO QUASH

NOW INTO COURT, through undersigned counsel, come WILLIAM ATZENHOFFER and LINDA ATZENHOFFER, Plaintiffs in the above entitled matter, who respectfully represent:

1.

The trial of this matter is set for this coming Monday, October 23, 2000.

2.

The Defendant has, at the eleventh hour, agreed to "produce" two witnesses:

(a) Gerry Wight, the alleged captain, who the Defendant proposes to depose by "telephone" on October 18, 2000, and

(b) Harley Broughm, the alleged chief engineer, which the defendant proposes to

DATE OF ENTRY
OCT 1 9 2000

make available for deposition on Friday, at 2:00 P.M.

3.

Plaintiffs respectfully submit that for the Defendant to present these witnesses, at the very eve of trial, (and without furnishing documents with which they can be properly questioned) represents <u>outrageous</u> conduct on the Defendant's part. Plaintiffs therefore move that the depositions be quashed by this Honorable Court. Plaintiffs further move that their Emergency Motion to Quash, be heard on an expedited basis, because of the impending trial date.

Respectfully submitted,

*/s/ Michael H. Ellis*
MICHAEL H. ELLIS
Bar Roll No. 5334

CHEHARDY, SHERMAN, ELLIS, BRESLIN & MURRAY
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
(504)833-5600

ROBERT K. LANSDEN
Bar Roll No. 25441
145 West Pine Street
Suite 3
Post Office Box 473
Ponchatoula, LA 70454
(504)370-9006

Attorneys for Plaintiffs

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER<br>and his wife, LINDA PATTERSON<br>ATZENHOFFER | * CIVIL ACTION NO. 00-0150<br>* SECTION 'B'(4) |
| VERSUS | * JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her<br>engines, tackle, furnishings and appurtenances,<br>CAL DIVE INTERNATIONAL, INC., and<br>XYZ OPERATING COMPANY | * MAGISTRATE ROBY<br>* JURY TRIAL REQUESTED |

* * * * * * * *

## ORDER

Considering the foregoing Motion, let Plaintiff's Emergency Motion to Quash, be heard on an expedited basis, on the __18th__ day of October, 2000, at _without oral argument_ M.

New Orleans, Louisiana, this __18th__ day of October, 2000. _Further ordered that the motion to quash relative to Captain Wright is moot. Further ordered that the motion to quash relative to Hailey Broughton is denied provided defendant pays plaintiff counsel's costs associated with this late deposition, including copy of transcript._

_____
JUDGE [signature] 10/18/00

3