PLEASE FILE IN RECORD

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 18 PM 4:39

LORETTA G. WHYTE
CLERK



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER and his wife, LINDA PATTERSON ATZENHOFFER | * CIVIL ACTION NO. 00-0150 |
| | * SECTION 'B'(4) |
| VERSUS | * JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, CAL DIVE INTERNATIONAL, INC., and XYZ OPERATING COMPANY | * MAGISTRATE ROBY |
| | * JURY TRIAL REQUESTED |

* * * * * * * *

## SUPPLEMENTAL AMENDMENT TO PRE-TRIAL ORDER

NOW INTO COURT, through undersigned counsel, come Petitioners, WILLIAM ATZENHOFFER and his wife LINDA PATTERSON ATZENHOFFER, who respectfully request permission to supplement and amendment the pre-trial order in this matter, in accordance with this Honorable Court's Trial Preparation Order, as additional information has just become available through recent discovery that warrants the following additional exhibits.

10.

Exhibits:

(a)   Plaintiff's Additional Exhibits:

DATE OF ENTRY
OCT 2 0 2000



Fee
Proce

12)  **Interrogatory No. 22:**

Please list any and all repair work which was being conducted on the Balmoral Sea in January, 1997 (other than refrigeration work) including but not limited to engine systems, components, machinery, etc., and please list the name and address of the company or contractor performing said repairs.

**Answer to Interrogatory No. 22:**

Cal Dive has no records of repair work being conducted on the Balmoral Sea in 1997.

13)  **Request for Production No. 5:**

Please produce a copy of the Club Rules for any and all protection and indemnity (P & I) clubs covering the M/V Balmoral Sea for the month of January, 1997.

**Response to Request No. 5:**

None. The Balmoral Sea was not covered by a P & I Club.

14)  **Request for Production No. 7:**

Please produce the visitor/contractor access logs for the M/V Balmoral Sea for January, 1997.

**Response to Request No. 7:**

No such logs were in use.

                  Respectfully submitted,

                  ROBERT K. LANSDEN
                  Bar Roll No. 25441
                  145 West Pine Street
                  Suite 3
                  Post Office Box 473
                  Ponchatoula, LA 70454
                  (504)370-9006

MICHAEL H. ELLIS
Bar Roll No. 5334

CHEHARDY, SHERMAN, ELLIS, BRESLIN & MURRAY
One Galleria Boulevard
Suite 1100
Metairie, Louisiana 70001
(504)833-5600

Attorneys for Plaintiffs

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon counsel for Cal Dive International, Inc. by either hand delivery or via fax this __16__ day of __Oct__, 2000.

_____
ROBERT LANSDEN

New Orleans, Louisiana, this 18th day of October, 2000,

_____
Judge