```
                                             FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2000 OCT 20  AM 11:54

                                       LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
LEMELLE, J.
October 19, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER | CIVIL ACTION |
| VERSUS | NO. 00-0150 |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, ET AL. | SEC. "B"(4) |

    Before the Court are Defendant Cal Dive International, Inc. and the M/V BALMORAL SEA's Motion in Limine to Exclude Evidence as to Future Surgery (Rec. Doc. No. 50) and Motion in Limine to Exclude Testimony of Economist, Dr. G. Randolph Rice (Rec. Doc. No. 52). Having considered the pleadings and the law,

    **IT IS ORDERED** that Defendant Cal Dive International, Inc. and the M/V BALMORAL SEA's Motion in Limine to Exclude Evidence as to Future Surgery (Rec. Doc. No. 50) is **DENIED** without prejudice to re-urge at the conclusion of the plaintiffs' case-in-chief via a motion for judgment as a matter of law.

    **IT IS FURTHER ORDERED** that Defendant Cal Dive International, Inc. and the M/V BALMORAL SEA's Motion in Limine to Exclude Testimony of Economist, Dr. G. Randolph

DATE OF ENTRY
OCT 23 2000

Rice (Rec. Doc. No. 52) is **DENIED** without prejudice to re-urge after hearing testimony from the plaintiff and his treating physicians.

New Orleans, Louisiana, this 19th day of October, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE