UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM ATZENHOFFER, ET AL.                CIVIL ACTION

VERSUS                                      NO. 00-0150

THE VESSEL, M/V BALMORAL SEA,
ETC., ET AL.                                SECTION "B" (4)

MONDAY, OCTOBER 23, 2000 AT 8:30 A.M.
JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy: Audry E. Steward
Court Reporter: Karen A. Ibos

JURY TRIAL

APPEARANCES:    Michael H. Ellis and Robert K. Lansden, for Plaintiffs
                T. Patrick Baynham and Anthony Reginelli, Jr., for Defendants

Case called; all present and ready.
Counsel appear for the record.
Jury sworn on oath of voir dire. Examination begins; six jurors selected.
Stipulation of Jury Less Than Six But Not Less Than Five executed by the parties.
Jury found acceptable; sworn on oath to truly try case (see attached list).
Sequestration order given by the Court.
Opening statements made by the parties.
Plaintiffs' witness: William Atzenhoffer, sworn and testified.
Court recesses for lunch at 12:15 p.m.; court resumes at 1:15 p.m.
Testimony of William Atzenhoffer continues.
Plaintiff's witnesses: Daniel Bouchoux, Donald J. Booth, Dr. Wilmot E. Ploger - expert
        (by deposition), William Naquin - expert, Linda Atzenhoffer, sworn and testified.
Plaintiffs rest.
Jury is removed from the courtroom.
Defendants move for judgment as a matter of law - DENIED.

DATE OF ENTRY
OCT 2 5 2000



Jury returns to courtroom.
Defendants' witness: Harley Broughm, sworn and testified.
Joint exhibits: 1 thru 11, 16 thru 20, offered and admitted.
Trial continued to Tuesday, October 24, 2000, at 8:30 a.m.
Court adjourned at 5:15 p.m.