U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 2 3 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM ATZENHOFFER, ET AL.                CIVIL ACTION

VERSUS                                     NO: 00-0150

THE VESSEL, M/V BALMORAL SEA,              SECTION: "B (4)"
ETC., ET AL.

STIPULATION FOR JURY LESS THAN SIX
BUT NOT LESS THAN FIVE

The parties herein stipulate that if, in the opinion of the Court, one of the jurors, after being selected to serve, become disqualified, incapacitated or is otherwise unable or unqualified to serve at any stage of the trial, the trial may nevertheless continue with the remaining jurors and a verdict be rendered on the unanimous agreement of the remaining jurors.

Signed this 23rd day of October, 2000.

Attorneys for Plaintiffs: _____

Attorneys for Defendants: _____

APPROVED:

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 5 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____