UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIAM ATZENHOFFER, ET AL.                     CIVIL ACTION

VERSUS                                          NO. 00-0150

THE VESSEL, M/V BALMORAL SEA,
ETC., ET AL.                                    SECTION "B" (4)

TUESDAY, OCTOBER 24, 2000 AT 8:30 A.M.
JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy: Audry E. Steward
Court Reporter: Karen A. Ibos

JURY TRIAL

APPEARANCES:   Michael H. Ellis and Robert K. Lansden, for Plaintiffs
               T. Patrick Baynham and Anthony Reginelli, Jr., for Defendants

Case called; all present and ready.
Testimony of Harley Broughm continues.
Defendants' witnesses: Chris Bowler, Richard Bunch, sworn and testified.
Defendants rest.
Stipulation read by counsel and entered into record.
Jury dismissed for lunch at 11:00 a.m.
Charge conference held.
Court recesses for lunch at 12:00 noon; court resumes at 12:45 p.m.
Closing argument by the parties.
Jury is charged and instructed by the Court.
Jury retires for deliberations at 2:30 p.m.; jury returns from deliberations at 3:30 p.m.
VERDICT: see attached form.
Jury is polled, thanked and excused by the Court.
Court to issue judgment accordingly.
**Parties given Notice for Removal of Exhibits.**
Court adjourned at 3:45 p.m.

DATE OF ENTRY
OCT 25 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.