```
              FILED
         U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

         2000 OCT 24  PM 3: 20

           LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**October 23, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0150 |
| THE VESSEL, M/V BALMORAL SEA, her engines, tackle, furnishings and appurtenances, ET AL. | SECTION "B" (4) |

Before the Court is Defendant Cal Dive International, Inc.'s Motion for Judgment as a Matter of Law made this day in open court during the trial of this matter. Considering the evidence presented during the plaintiffs' case-in-chief, the argument of counsel and the law,

**IT IS ORDERED** that Defendant Cal Dive International, Inc.'s Motion for Judgment as a Matter of Law hereby is **DENIED in part and GRANTED in part**. Without objection, the Court dismisses the plaintiffs' claims for past lost wages as well as past and future medical damages. The motion is denied with respect to liability and all other damages claimed by the plaintiffs.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 5 2000