FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25  AM 11: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**WILLIAM ATZENHOFFER, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                          **NO. 00-0150**

**THE VESSEL, M/V BALMORAL SEA,**                   **SEC. "B"(4)**
**HER ENGINES, TACKLE, FURNISHINGS AND**
**APPURTENANCES, ET AL.**

## FINAL JUDGMENT

This action came for trial by jury before the undersigned District Judge from October 23-24, 2000. The issue of liability having been duly tried and a verdict having been duly rendered by the jury,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in **FAVOR** of Defendants The Vessel, M/V BALMORAL SEA, and Cal Dive International, Inc. and **AGAINST** Plaintiffs William and Linda Atzenhoffer, dismissing the plaintiffs' complaint with prejudice each party to bear its own costs.

New Orleans, Louisiana, this _24th_ day of October, 2000.

_____
**IVAN. L. R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
OCT 2 5 2000