```
UNITED STATES DISTRICT COURT
            FILED
      February 6, 2001
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER, ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-0150 |
| THE VESSEL, M/V BALMORAL SEA, ETC., ET AL. | SECTION "B (4)" |

### RECORD OF DISPOSAL

The records of this office reflect that a Notice of Removal of Exhibits was issued on October 24, 2000 to all counsel present at the jury trial in the above-referenced case.

There having been received no request for the return of the exhibits, and all matters are now complete pursuant to Rule 79.3 of the Local Rules of this Court; accordingly, the exhibits listed on the attached schedule will be destroyed on February 20, 2001.

_____
Audry E. Steward (589-7747)
Deputy Clerk Disposing of Exhibits

```
___FEE_____
___PROCESS_____
XX DOCKET Ot O
XX CTRM DEP_____
DOCUMENT NO. 66
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM ATZENHOFFER<br>and his wife, LINDA PATTERSON<br>ATZENHOFFER | * CIVIL ACTION NO. 00-0150<br>* SECTION 'B'(4) |
| VERSUS | * JUDGE LEMELLE |
| THE VESSEL, M/V BALMORAL SEA, her<br>engines, tackle, furnishings and appurtenances,<br>CAL DIVE INTERNATIONAL, INC., and<br>XYZ OPERATING COMPANY | * MAGISTRATE ROBY<br>* JURY TRIAL REQUESTED |

* * * * * * * *

## JOINT BENCH BOOK

A.  **UNCONTESTED EXHIBITS:**

1.  Records of Dr. Wilmot Ploger

2.  MRI dated 8/1/97, taken at E. Jefferson General Hospital

3.  Social Security Administration Itemized Statement of Earnings

4.  General Arrangement Plan of the BALMORAL SEA

5.  Certificate of Inspection of the BALMORAL SEA

6.  Vessel Logs of the BALMORAL SEA

7.  BEST System Safety Procedures for the BALMORAL SEA

8.  Schematic of the BALMORAL SEA

9.  Records of Bailey Refrigeration

10. Accident Report of Bailey Refrigeration

11. Personnel file of William Atzenhoffer from Bailey Refrigeration

\* \* \* \* \* \* \* \* \* \*

16. Discovery:

    Interrogatory No. 16

    Please describe whether the M/V BALMORAL SEA was docked starboard side or port side adjacent to the Galvez Street wharf in New Orleans, Louisiana, on January 15, 1997.

    Answer to Interrogatory No. 16

    Based upon information and belief, the DSV BALMORAL SEA was docked port side on January 15, 1997.

17. DNV, 10/07/96-10/08/96

18. DNV, 10/07/96-10/08/96

19. DNV, 12/30/96-01/22/97

20. DNV, 12/30/96-01/22/97

-2-